## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| TRUE THE VOTE, INC., *et al.* | § | |
| Defendants, | § | |
| | § | |
| And HARRY HAURY and CAIN | § | Misc. Case No. 4:23-mc-00286 |
| & ASSOCIATES, | § | |
| Petitioners, | § | |
| | § | |
| | § | Underlying Litigation: |
| v. | § | |
| | § | KONNECH, INC. v. |
| KONNECH, INC. | § | TRUE THE VOTE, INC., *et al.* |
| | § | |
| Plaintiff. | § | Civil Action No. |
| | § | 4:22-cv-03096 |

### ORDER ON DEFENDANTS' and PETITIONERS' JOINT OPPOSED MOTION TO QUASH OR MODIFY PLAINTIFF KONNECH's THIRD PARTY SUBPOENA ISSUED TO HARRY HAURY and FOR PROTECTIVE ORDER

On this day the Court considered the parties' joint motion and the request is hereby

GRANTED.


_____

JUDGE PRESIDING