UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| TRUE THE VOTE, INC., *et al.* § | | |
| Defendants, § | | |
| § | | |
| HARRY HAURY and CAIN & § | | |
| ASSOCIATES, § | Misc. Case No. 4:23-mc-286-HEA | |
| Petitioners, § | | |
| § | | |
| § | Underlying Litigation: | |
| v. § | | |
| § | KONNECH, INC. v. | |
| KONNECH, INC. § | TRUE THE VOTE, INC., *et al.* | |
| § | | |
| Plaintiff. § | Civil Action No. | |
| § | 4:22-cv-03096 | |

**ORDER GRANTING PETITIONERS' AND INTERESTED PARTIES' MOTION FOR PROTECTIVE ORDER and TO TRANSFER MOTION TO QUASH SUBPOENA**

The Court has considered Petitioners' and Interested Parties' Unopposed Motion to Transfer to the issuing court – that is, the United States District Court for the Southern District of Texas, Houston Division – matters relating to disputes regarding the enforcement and permissible scope of the subpoena directed to Petitioners ("the Subpoena"), and any objections, oppositions, responses, privilege assertions, and related motions and responses thereto, as well as the parties' stipulated request for additional time for Plaintiff to respond to the moving parties' Motion to Quash, previously filed in this Court. For reasons of judicial economy, administrative efficiency, consistency and to avoid unnecessarily wasting resources, it is hereby:

ORDERED, that the Motion to Quash and all related briefing is hereby transferred to the United States District Court for the Southern District of Texas, Houston Division.

ORDERED, that a protective order shall preserve the status quo by suspending issues relating to compliance with the Subpoena.

1

2

ORDERED, that Konnech, Inc.'s deadline to file any response in opposition to the Motion to Quash is extended by 30 calendar days from the date of this Order.

SIGNED this ____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE